```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NORTH DAKOTA
                   NORTHEASTERN DIVISION
```

In the Matter of the Search of:   )
Gateway Desktop Computer CPU      )   File No. 2:06-mj-44
Serial Number: 0020829788         )

## ORDER

The United States moved to amend an addendum to an April 13, 2006 search warrant. A June 6, 2006 Order stayed the requirements of the addendum pending further order of the Court. Counsel for the owner of the subject property has not responded to the motion, and has confirmed that he has no objection to the motion.

It is therefore **ORDERED** that the motion of the United States to amend the search warrant addendum is granted.

Dated this 11th day of August, 2006.

_____
Alice R. Senechal
U.S. Magistrate Judge